```
                                          FILED
                                  CLERK, U.S. DISTRICT COURT

                                         6/2/2023

                                  CENTRAL DISTRICT OF CALIFORNIA
                                  BY: _____JB_____ DEPUTY
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

January 2023 Grand Jury

| UNITED STATES OF AMERICA, | CR  2:23-cr-00275-AB |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | [18 U.S.C. § 922(a)(1)(A): Engaging in the Business of Dealing in Firearms Without a License; 18 U.S.C. § 922(g)(1), (g)(9): Prohibited Person in Possession of Firearms and Ammunition; 26 U.S.C. § 5861(d): Possession of an Unregistered Firearm; 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii): Distribution of Methamphetamine] |
| JAMES LEE BARAHONA, aka "blue_wls," | |
| Defendant. | |

COUNT ONE

[18 U.S.C. § 922(a)(1)(A)]

Beginning on or before August 30, 2021, and continuing to on or about November 22, 2021, in Los Angeles County, within the Central District of California, defendant JAMES LEE BARAHONA, also known as "blue_wls," not being licensed as an importer, manufacturer, or dealer of firearms, willfully engaged in the business of dealing in firearms, specifically, the sale of the following firearms, on or about the following dates:

| Date | Firearm(s) |
|---|---|
| 9/2/2021 | Anderson Manufacturing model AM-15, 5.56mm caliber rifle, bearing serial number 19302049; and<br><br>Ceska Zbrojovka model Scorpion Evo 3 S1, 9mm caliber rifle, bearing serial number C120024. |
| 10/6/2021 | Del-Ton Inc. model DTI-15, 5.56mm caliber rifle, bearing serial number B-22952;<br><br>Century Arms model VSKA, 7.62x39mm caliber rifle, bearing serial number SV7048626; and<br><br>A privately manufactured Glock-style 9mm caliber pistol, bearing no serial number (commonly referred to as a "ghost gun"). |
| 10/28/2021 | Beretta model APX, 9mm caliber pistol, bearing serial number A115591X;<br><br>Kel-Tec model PF-9, 9mm Luger caliber pistol, bearing serial number SLJ52; and<br><br>Anderson Arms model Hellfire, 5.56mm caliber 3-D printed pistol, bearing no serial number (commonly referred to as a "ghost gun"). |
| 11/9/2021 | Taurus model G3C, 9mm caliber pistol, bearing serial number ABG654201; and<br><br>A privately manufactured AR-style, .223/5.56mm caliber short-barrel rifle, bearing no serial number (commonly referred to as a "ghost gun"). |
| 11/22/2021 | Three privately manufactured Glock-style firearms, bearing no serial numbers (commonly referred to as "ghost guns"). |

COUNT TWO

[18 U.S.C. §§ 922(g)(1), (g)(9)]

On or about September 2, 2021, in Los Angeles County, within the Central District of California, defendant JAMES LEE BARAHONA, also known as "blue_wls," knowingly possessed the following firearms and ammunition, each in and affecting interstate and foreign commerce:

1. an Anderson Manufacturing model AM-15, 5.56mm caliber rifle, bearing serial number 19302049;

2. a Ceska Zbrojovka model Scorpion Evo 3 S1, 9mm caliber rifle, bearing serial number C120024;

3. 7 rounds of Tubus es Kupakgyar / Matravideki Femmuvek 7.62x39mm caliber ammunition;

4. 12 rounds of Federal Cartridge Company 9mm Luger caliber ammunition; and

5. 31 rounds of Winchester 5.56mm caliber ammunition.

Defendant BARAHONA possessed such firearms and ammunition knowing that he had previously been convicted of at least one of the following felony crimes, each punishable by a term of imprisonment exceeding one year:

1. Burglary, in violation of California Penal Code Section 459, in the Superior Court for the State of California, County of Los Angeles, Case Number BA287713, on or about October 27, 2005;

2. Counterfeit Seal, in violation of California Penal Code Section 472, in the Superior Court for the State of California, County of Los Angeles, Case Number VA131818, on or about September 25, 2013;

3. False Imprisonment by Violence, in violation of California Penal Code Section 236, in the Superior Court for the State of

California, County of Los Angeles, Case Number VA152371, on or about December 30, 2019; and

4.   Assault with a Deadly Weapon – Not Firearm, in violation of California Penal Code Section 245(a)(1), in the Superior Court for the State of California, County of Los Angeles, Case Number VA152371, on or about December 30, 2019.

Furthermore, defendant BARAHONA possessed such firearms and ammunition knowing that he had previously been convicted of at least one of the following misdemeanor crimes of domestic violence:

1.   Domestic Violence with Injury, in violation of California Penal Code Section 273.5(a), in the Superior Court of the State of California, County of Los Angeles, Case Number 5DY04558, on or about June 23, 2015; and

2.   Domestic Violence with Injury, in violation of California Penal Code Section 273.5(a), in the Superior Court of the State of California, County of Los Angeles, Case Number 9DN08910, on or about October 1, 2019.

COUNT THREE

[18 U.S.C. §§ 922(g)(1), (g)(9)]

On or about October 6, 2021, in Los Angeles County, within the Central District of California, defendant JAMES LEE BARAHONA, also known as "blue_wls," knowingly possessed the following firearms and ammunition, each in and affecting interstate and foreign commerce:

1. a Del-Ton Inc. model DTI-15, 5.56mm caliber rifle, bearing serial number B-22952;

2. a Century Arms model VSKA, 7.62x39mm caliber rifle, bearing serial number SV7048626;

3. 50 rounds of Winchester 5.56mm caliber ammunition;

4. 1 round of Lake City Army Ammunition Plant 5.56mm caliber ammunition;

5. 15 rounds of Tula Cartridge Works 7.62x39mm caliber ammunition;

6. 7 rounds of Sellier & Bellot 9mm Luger caliber ammunition;

7. 2 rounds of CCI/Speer 9mm Luger caliber ammunition; and

8. 1 round of Winchester 9mm Luger caliber ammunition.

Defendant BARAHONA possessed such firearms and ammunition knowing that he had previously been convicted of at least one of the following felony crimes, each punishable by a term of imprisonment exceeding one year:

1. Burglary, in violation of California Penal Code Section 459, in the Superior Court for the State of California, County of Los Angeles, Case Number BA287713, on or about October 27, 2005;

2. Counterfeit Seal, in violation of California Penal Code Section 472, in the Superior Court for the State of California,

County of Los Angeles, Case Number VA131818, on or about September 25, 2013;

 3. False Imprisonment by Violence, in violation of California Penal Code Section 236, in the Superior Court for the State of California, County of Los Angeles, Case Number VA152371, on or about December 30, 2019; and

 4. Assault with a Deadly Weapon – Not Firearm, in violation of California Penal Code Section 245(a)(1), in the Superior Court for the State of California, County of Los Angeles, Case Number VA152371, on or about December 30, 2019.

 Furthermore, defendant BARAHONA possessed such firearms and ammunition knowing that he had previously been convicted of at least one of the following misdemeanor crimes of domestic violence:

 1. Domestic Violence with Injury, in violation of California Penal Code Section 273.5(a), in the Superior Court of the State of California, County of Los Angeles, Case Number 5DY04558, on or about June 23, 2015; and

 2. Domestic Violence with Injury, in violation of California Penal Code Section 273.5(a), in the Superior Court of the State of California, County of Los Angeles, Case Number 9DN08910, on or about October 1, 2019.

COUNT FOUR

[18 U.S.C. §§ 922(g)(1), (g)(9)]

On or about October 28, 2021, in Los Angeles County, within the Central District of California, defendant JAMES LEE BARAHONA, also known as "blue_wls," knowingly possessed the following firearms and ammunition, each in and affecting interstate and foreign commerce:

1. a Beretta model APX, 9mm caliber pistol, bearing serial number A115591X;

2. a Kel-Tec model PF-9, 9mm Luger caliber pistol, bearing serial number SLJ52;

3. 10 rounds of Sellier & Bellot 9mm Luger caliber ammunition;

4. 5 rounds of Winchester 9mm Luger caliber ammunition;

5. 3 rounds of CCI/Speer 9mm Luger caliber ammunition;

6. 2 rounds of Federal Cartridge Company 9mm Luger caliber ammunition;

7. 1 round of Remington Arms Company 9mm Luger caliber ammunition; and

8. 1 round of Winchester 9mm Luger caliber ammunition.

Defendant BARAHONA possessed such firearms and ammunition knowing that he had previously been convicted of at least one of the following felony crimes, each punishable by a term of imprisonment exceeding one year:

1. Burglary, in violation of California Penal Code Section 459, in the Superior Court for the State of California, County of Los Angeles, Case Number BA287713, on or about October 27, 2005;

2. Counterfeit Seal, in violation of California Penal Code Section 472, in the Superior Court for the State of California,

7

County of Los Angeles, Case Number VA131818, on or about September 25, 2013;

    3. False Imprisonment by Violence, in violation of California Penal Code Section 236, in the Superior Court for the State of California, County of Los Angeles, Case Number VA152371, on or about December 30, 2019; and

    4. Assault with a Deadly Weapon – Not Firearm, in violation of California Penal Code Section 245(a)(1), in the Superior Court for the State of California, County of Los Angeles, Case Number VA152371, on or about December 30, 2019.

Furthermore, defendant BARAHONA possessed such firearms and ammunition knowing that he had previously been convicted of at least one of the following misdemeanor crimes of domestic violence:

    1. Domestic Violence with Injury, in violation of California Penal Code Section 273.5(a), in the Superior Court of the State of California, County of Los Angeles, Case Number 5DY04558, on or about June 23, 2015; and

    2. Domestic Violence with Injury, in violation of California Penal Code Section 273.5(a), in the Superior Court of the State of California, County of Los Angeles, Case Number 9DN08910, on or about October 1, 2019.

COUNT FIVE

[18 U.S.C. §§ 922(g)(1), (g)(9)]

On or about November 9, 2021, in Los Angeles County, within the Central District of California, defendant JAMES LEE BARAHONA, also known as "blue_wls," knowingly possessed the following firearm and ammunition, each in and affecting interstate and foreign commerce:

1. a Taurus model G3C, 9mm caliber pistol, bearing serial number ABG654201;

2. 61 rounds of Federal Cartridge Company 5.56mm caliber ammunition; and

3. 40 rounds of Lake City Army Ammunition Plant 5.56mm caliber ammunition.

Defendant BARAHONA possessed such firearm and ammunition knowing that he had previously been convicted of at least one of the following felony crimes, each punishable by a term of imprisonment exceeding one year:

1. Burglary, in violation of California Penal Code Section 459, in the Superior Court for the State of California, County of Los Angeles, Case Number BA287713, on or about October 27, 2005;

2. Counterfeit Seal, in violation of California Penal Code Section 472, in the Superior Court for the State of California, County of Los Angeles, Case Number VA131818, on or about September 25, 2013;

3. False Imprisonment by Violence, in violation of California Penal Code Section 236, in the Superior Court for the State of California, County of Los Angeles, Case Number VA152371, on or about December 30, 2019; and

4. Assault with a Deadly Weapon – Not Firearm, in violation of California Penal Code Section 245(a)(1), in the Superior Court for the State of California, County of Los Angeles, Case Number VA152371, on or about December 30, 2019.

Furthermore, defendant BARAHONA possessed such firearm and ammunition knowing that he had previously been convicted of at least one of the following misdemeanor crimes of domestic violence:

1. Domestic Violence with Injury, in violation of California Penal Code Section 273.5(a), in the Superior Court of the State of California, County of Los Angeles, Case Number 5DY04558, on or about June 23, 2015; and

2. Domestic Violence with Injury, in violation of California Penal Code Section 273.5(a), in the Superior Court of the State of California, County of Los Angeles, Case Number 9DN08910, on or about October 1, 2019.

COUNT SIX

[26 U.S.C. § 5861(d)]

On or about November 9, 2021, in Los Angeles County, within the Central District of California, defendant JAMES LEE BARAHONA, also known as "blue_wls," knowingly possessed a firearm, namely, a privately manufactured AR-style, .223/5.56mm caliber, short-barrel rifle, bearing no serial number, with a barrel of less than 16 inches in length, which defendant BARAHONA knew to be a firearm and a short-barreled rifle, as defined in Title 26, United States Code, Sections 5845(a)(3) and 5845(c), and which had not been registered to defendant BARAHONA in the National Firearms Registration and Transfer Record, as required by Title 26, United States Code, Chapter 53.

COUNT SEVEN

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii)]

On or about November 22, 2021, in Los Angeles County, within the Central District of California, defendant JAMES LEE BARAHONA, also known as "blue_wls," knowingly and intentionally distributed at least 50 grams, that is, approximately 438 grams, of methamphetamine, a Schedule II controlled substance.

A TRUE BILL

          /S/
Foreperson

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

SCOTT M. GARRINGER
Assistant United States Attorney
Deputy Chief, Criminal Division

SHAWN J. NELSON
Assistant United States Attorney
Acting Deputy Chief, General Crimes Section

JAMES A. SANTIAGO
Assistant United States Attorney
International Narcotics, Money Laundering, and Racketeering Section